# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2006

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griesa, Thomas P. | United States District Court | 05/15/2007 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

United States District Judge

**5. Report Type (check type)**

___ Nomination, Date ___ / / ___

Initial    X  Annual    Final

**6. Reporting Period**

01/01/2006
to
12/31/2006

**7. Chambers or Office Address**

United States District Court

500 Pearl Street, Room 1630

New York, NY  10007

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | **NONE** (No reportable positions.) | |
| 1 | Board of Directors | Greater New York Councils Boy Scouts of America |
| 2 | Executor of the Estate of ███████ ███████ beginning 6/1/06 | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | **NONE** (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

RECEIVED 2007 MAY 21 A 10: 45 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | **NONE** (No reportable non-investment income.) | | |
| 1 | | Julia M. Johnston Association ● | |
| 2 | | 8th Church of Christ, Scientist ● | |
| 3 | | Estate of ████████████ | 24,000 |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | Law and Economic Center - George Mason University, Cambridge, MA | Seminar - $782 |
| 2 | Baker & McKenzie, Washington, D.C. | Conference on counterfieting - $263 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ NONE (No such reportable gifts.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| Assets of T.P. Griesa ▇▇▇. ▇▇▇▇▇▇ | | | | | | | | | |
| 1. Citibank, NY City | A | Interest | K | T | | | | | |
| 2. AT&T | B | Dividend | L | T | | | | | |
| 3. Alcatel-Lucent | | | J | T | | | | | |
| 4. Ameren | C | Dividend | L | T | | | | | |
| 5. Comcast | | | J | T | | | | | |
| 6. Exelon | B | Dividend | L | T | | | | | |
| 7. Great Plains Energy | B | Dividend | K | T | | | | | |
| 8. Southern Co. | C | Dividend | M | T | | | | | |
| 9. Adams Express Co. Maryland | D | Dividend | M | T | | | | | |
| 10. Tri Continental Corp. | B | Dividend | M | T | | | | | |
| 11. Salomon Bros. Fund (Name changed to Legg Mason) | B | Dividend | | | Sell | 11/7 | M | | |
| 12. Capital Income Builder Fund | D | Dividend | N | T | Buy | 11/8 | M | | |
| 13. Franklin Income Fund Class A | D | Dividend | M | T | | | | | |
| Assets of the Estate of ▇▇▇▇▇▇ beginning June 1, 2006 | | | | | | | | | |
| 14. Citibank Accounts | E | Interest | P1 | T | | | | | |
| 15. Wells Fargo Bank Account | A | Interest | N | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/15/2007 |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 16. Washington Mutual Savings - account | A | Interest | L | T | | | | | |
| 17. US Bancorp - account | A | Interest | M | T | | | | | |
| 18. World Savings - account | A | Interest | M | T | | | | | |
| 19. AT&T Inc. - New | D | Dividend | | T | | | | | |
| 20. Adesa Inc. | B | Dividend | N | T | | | | | |
| 21. Agere Sys Inc. | | | K | T | | | | | |
| 22. Alcatel-Lucent Adr | | | K | T | | | | | |
| 23. Allete Inc. | B | Dividend | M | T | | | | | |
| 24. Apache Corp. | B | Dividend | O | T | | | | | |
| 25. Avaya Inc. | | | L | T | | | | | |
| 26. Bellsouth Corp. | C | Dividend | O | T | | | | | |
| 27. CSX Corp. | B | Dividend | M | T | | | | | |
| 28. Citigroup | D | Dividend | M | T | | | | | |
| 29. Comcast Corp | | | M | T | | | | | |
| 30. Countrywide Financial Corp. | C | Dividend | N | T | | | | | |
| 31. DirectTV Group Inc. | | Dividend | M | T | | | | | |
| 32. Downey Financial Corp. Del | B | Dividend | M | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 33. Franklin Resources Inc. | B | Dividend | P1 | T | | | | | |
| 34. P H Glatfelter Co. | A | Dividend | M | T | | | | | |
| 35. Great Plains Energy Inc. | D | Dividend | M | T | | | | | |
| 36. Host Hotels & Resorts Inc. | A | Dividend | K | T | | | | | |
| 37. Kansas City Southern Inds | | | M | T | | | | | |
| 38. Kellogg Co. | A | Dividend | J | T | | | | | |
| 39. Kimberly Clark Corp. | B | Dividend | M | T | | | | | |
| 40. Lennar Corp. | B | Dividend | M | T | | | | | |
| 41. Longview Fibre Co. Wash | E | Dividend | M | T | | | | | |
| 42. WTS Lucent Technologies Inc. | | Dividend | J | T | | | | | |
| 43. Neenah Paper Inc. | A | Dividend | L | T | | | | | |
| 44. News Corp. Class A New | A | Dividend | L | T | | | | | |
| 45. Pepco Holdings Inc. | D | Dividend | M | T | | | | | |
| 46. Piper Jaffray Companies | | Dividend | K | T | | | | | |
| 47. Pitney Bowes Inc. | C | Dividend | M | T | | | | | |
| 48. Principal Financial Group Inc. | B | Dividend | M | T | | | | | |
| 49. Starwood Hotels & Resorts | | | M | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,000-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions    *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 50. Time Warner Inc. | B | Dividend | M | T | | | | | |
| 51. US Bancorp Del New | D | Dividend | M | T | | | | | |
| 52. Union Pacific Corp. | B | Dividend | M | T | | | | | |
| 53. Washington Mutual Inc. | D | Dividend | M | T | | | | | |
| 54. Williams Cos Inc. | B | Dividend | M | T | | | | | |
| 55. Wisconsin Energy Corp Holding Co. | B | Dividend | M | T | | | | | |
| 56. Adams Express Co. - Maryland | F | Dividend | O | T | | | | | |
| 57. Tri Continental Corp. | D | Dividend | O | T | | | | | |
| 58. Franklin Income Fund Class A | E | Dividend | O | T | | | | | |
| 59. Franklin Real Estate Securities FD Class A | F | Dividend | O | T | | | | | |
| 60. Archer Daniels Midland | B | Dividend | | | Sell | 12/19 | M | | |
| 61. Salomon Brothers Fund (Name changed to Legg Mason) | C | Dividend | | | Sell | 12/19 | M | | |
| 62. Anadarko | B | | | | Sell | 12/19 | M | | |
| 63. Six Flags | | | | | Sell | 12/19 | K | | |
| 64. Glenborough Common | A | Dividend | | | Merger | 11/30 | L | | Gridiron Acquisition LLC |
| 65. Glenborough Pfd. | A | Dividend | | | Merger | 11/29 | L | B | Gridiron Acquisition LLC |
| 66. Six Flags Ptn. | G | Dividend | P1 | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 5 INVESTMENTS and TRUSTS-- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 67. Consolidated Capital Growth Ptn. | A | Dividend | J | T | | | | | |
| 68. Consolidated Capital III Ptn. | | | J | T | | | | | |
| 69. Consolidated Capital IV Ptn. | | | | | Sell | 11/20 | J | | Peachtree Partners |
| 70. Diablo Vista Ptn. | C | Dividend | | | Sell | 10/2 | L | | Sara Adams Trust, Nebenzahl Family Trust |
| 71. Meadowbrook Ptn. | C | Dividend | | | Sell | 10/20 | L | | Sara Adams Trust, Nobenzahl Family Trust |
| 72. Marion Park Ptn. | | | K | T | | | | | |
| 73. Larchdale Ptn. | | | | | Redemption | 9/5 | M | | Preferred Financial Corp. |
| 74. Opportunity Housing Ptn. | | | J | T | | | | | |
| 75. Colusa Gardens Ptn. | | | | | Sell | 11/28 | J | | Professional Apartment Management Inc. |
| 76. Glenborough Properties Ptn. | C | Dividend | | | Merger | 12/13 | M | | Gridiron Acquisition LLC |
| 77. MS Properties Ptn. | | | K | T | | | | | |
| 78. Oak Knoll Ptn. | | | | | Abandoned | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

VII.   Page 1    INVESTMENTS and TRUSTS

Item 12 -   There was an additional purchase of Capital Income Fund on 12/20 - value code M.


Item 70 and 71 -   There was a third purchaser for Diablo Vista and Meadowbrook - Donald M. Schmidt.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signa_____                         Date  _May 15, 2007_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**